1  WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
   LAW OFFICES OF WAUKEEN Q. McCOY
2  703 Market Street, Ste. 1407
   San Francisco, California 94103
3  Telephone (415) 675-7705
   Facsimile (415) 675-2530
4
   Attorney for Plaintiff
5  LASHAWN BAREFIELD

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10                                    ) Case No. C-05-00633 AWI (TAG)
11                                    )
                                      )
12 LASHAWN BAREFIELD, an individual   )
                                      ) **PLAINTIFF LASHAWN BAREFIELD'S**
13                                    ) **REQUEST FOR CONTINUANCE OF**
                                      ) **SCHEDULING CONFERENCE;**
14                                    ) **[PROPOSED] ORDER GRANTING**
            Plaintiff,                ) **CONTINUANCE**
15                                    )
                                      )
16                                    )
        v.                            )
17                                    )
                                      )
18                                    )
   CALIFORNIA STATE UNIVERSITY,       )
19 BAKERSFIELD, a California Public Entity, )
   and DOES 1 through 50, inclusive,  )
20                                    )
                                      )
21                                    )
                                      )
22          Defendants.               )
                                      )
23                                    )
                                      )
24                                    )
                                      )
25 _____
26
27
28

PLAINTIFF LASHAWN BAREFIELD'S          1          C-05-00633 AWI (TAG)
REQUEST FOR CONTINUANCE OF
SCHEDULING CONFERENCE

1    Plaintiff requests that the scheduling conference set for August 11, 2005 be continued

2  until September 15, 2005, as the defendant has not yet answered. Plaintiff initially tried to serve

3  the defendant directly. However, service was refused. Plaintiff contacted the Office of the

4
5  General Counsel for the California State University system, who indicated that its office was

6  willing and authorized to accept service. Plaintiff received confirmation from the process server

7  that service was successful on July 27, 2005. Once the defendant has answered, plaintiff will

8  promptly meet and confer, pursuant to FRCP 26.

9    As the defendant has not yet answered, and counsel for the parties have not yet met and
10
11  conferred, those matters normally reviewed during a scheduling conference cannot be fully

12  reviewed at the conference as presently scheduled. In order to preserve the court's time and

13  resources, plaintiff requests that the conference be continued until September 15, 2005. By that

14  time, the defendant will have answered and counsel for the parties will have met and conferred.

15  Additionally, Plaintiff's counsel hereby reiterates its request to appear telephonically for the
16
17  continued conference.

18

19  Dated: August 9, 2005                    LAW OFFICES OF WAUKEEN McCOY
20

21                                    By_____/s/_____
22                                           RACHAEL L. OREJANA
                                            ATTORNEYS FOR PLAINTIFF
23                                           LASHAWN BAREFIELD

24

25  GOOD CAUSE APPEARING THEREFOR, Plaintiff's Request for Continuance of the
     Scheduling Conference presently set for August 11, 2005 until September 15, 2005 is hereby
26  GRANTED. *The Scheduling Conference is set for 9:30 a.m. before* *
     *Judge Goldner, 1200 Truxtun Ave., Suite 120, Bakersfield, California.* *
27  Dated: *8/10/2005*                        _Theresa A. Holdner_
28                                           U.S. Magistrate Judge Theresa A. Goldner

*Plaintiff's counsel must serve Defendant with a copy of this*
*Order, no later than August 19, 2005 and file proof thereof,*  *las*

PLAINTIFF LASHAWN BAREFIELD'S          2          C-05-00633 AWI (TAG)
REQUEST FOR CONTINUANCE OF
SCHEDULING CONFERENCE