```
1  Charles Trudrung Taylor, #127105
   Kirsten O. Zumwalt, #227997
2  Lang, Richert & Patch
   Post Office Box 40012
3  Fresno, California 93755-0012
   (559) 228-6700 Phone
4  (559) 228-6727 Fax

5  Attorneys for Defendant Board of Trustees of the California State University (erroneously sued
   herein as CSU, Bakersfield)
6
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAWN BAREFIELD, | Case No. 05-cv-00633 AWI TAG |
| Plaintiff, | |
| v. | **STIPULATION AND PROTECTIVE ORDER** |
| CALIFORNIA STATE UNIVERSITY, BAKERSFIELD, a California Public Entity, and DOES 1 through 50, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (erroneously sued herein as CSU, Bakersfield) ("CSU") and Plaintiff LASHAWN BAREFIELD, subject to the approval of the Court, that the employment applications of persons applying for the position of Director of Student Activities at California State University, Bakersfield, Position Number 891, the employment applications of the interim Directors of Student Activities at California State University, Bakersfield, and the employment applications of persons applying for the position of Director of Student Activities at California State University, Bakersfield, Position Number 1010, and the documents relating to the selection and interview process for said positions, contain confidential information, and therefore the access and use of said documents shall be governed and limited by the provisions of the following protective order.

///

## PROTECTIVE ORDER

1.  The employment applications of persons applying for the position of Director of Student Activities at California State University, Bakersfield, Position Number 891, the employment applications of the interim Directors of Student Activities at California State University, Bakersfield, and the employment applications of persons applying for the position of Director of Student Activities at California State University, Bakersfield, Position Number 1010, and the documents relating to the selection and interview processes, are to be labeled "Confidential". Private information of the applicants including the applicant's social security number and driver's licence number shall remain redacted.

2.  Persons qualified to view documents labeled "Confidential" are limited to the parties in this litigation, their counsel and employees of their counsel whom it is necessary that the material be disclosed for purposes of this litigation, retained and unretained experts and consultants and their employees whom it is necessary that the material be disclosed for purposes of this litigation, stenographic reporters at depositions taken in this action, and deponents and their counsel during the course of any deposition taken in this action.

3.  In the event an attorney to this litigation seeks to use any documents deemed "Confidential", or any portion thereof, or any reference or quote of the documents deemed "Confidential", in a filing or lodging with the court, or for use at a hearing or trial, such a document will be filed under seal in sealed envelopes bearing the following statement: "CONFIDENTIAL: THIS ENVELOPE CONTAINS DOCUMENTS AND INFORMATION FILED SUBJECT TO A PROTECTIVE ORDER". Documents filed under seal will remain sealed by the court as to all persons not listed in paragraph two, above. Further, deposition transcripts and other materials which contain or reference the documents deemed "Confidential" will be marked by the court reporter or by the parties or their counsel on the cover of the transcripts or in other prominent locations to reflect this Protective Order.

///
///
///

4. This Stipulation and Protective Order may be executed in counterparts.

Dated: February 17, 2006          LANG, RICHERT & PATCH, P.C.


                                  By    /s/ Charles Trudrung Taylor
                                        Charles Trudrung Taylor
                                        Attorneys for Defendant Board of Trustees of the
                                        California State University (erroneously sued herein
                                        as CSU, Bakersfield)

Dated: February 10, 2006          LAW OFFICES OF WAUKEEN Q. MCCOY


                                  By    /s/ Waukeen Q. McCoy
                                        Waukeen Q. McCoy
                                        Attorneys for Plaintiff Lashawn Barefield

IT IS SO ORDERED.


Dated: February 23, 2006          _____
                                  Magistrate Judge Theresa A. Goldner