1  WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
   LAW OFFICES OF WAUKEEN Q. McCOY
2  703 Market Street, Suite 1407
3  San Francisco, California 94103
   Telephone (415) 675-7705
4  Facsimile (415) 675-2530

5

6

7

8  ATTORNEY FOR PLAINTIFF:
   LASHAWN BAREFIELD

9

10                 UNITED STATES DISTRICT COURT

11

12               EASTERN DISTRICT OF CALIFORNIA

13

14  LASHAWN BAREFIELD                          )
                                               )  Case No. 05-00633 AWI (TAG)
15              Plaintiff,                      )
                                               )  STIPULATION AND [PROPOSED]
16       v.                                     )  ORDER FOR THE COMPLETION OF
                                               )  THE DEPOSITIONS OF PLAINTIFF,
17  THE BOARD OF TRUSTEES OF THE               )  JIM GEORGE, AND DIANE
    CALIFORNIA STATE UNIVERSITY,               )  HENDRICKSON
18  BAKERSFIELD, a California Public Entity,    )
    JIM GEORGE, an individual, DIANE           )
19  HENDRICKSON, an individual, MARK           )
20  MURIE, an individual, and DOES 1 through.  )  HON. THERESA GOLDNER
21  50, inclusive,                              )
                                               )
22              Defendants.                     )
                                               )
23                                              )
                                               )
24                                              )
                                               )
25                                              )

26  _____

27  /////

28

1

2   **IT IS HEREBY STIPULATED** by and between the parties that the following depositions will

3   be completed pursuant to the deposition schedule agreed to by all parties:

4   **DEPOSITION SCHEDULE:**

5        Defendant, Jim George, February 7, 2007 at 10:00 a.m.

6        Defendant, Diane Hendrickson, February 7, 2007 at 2:00 p.m.

7        Plaintiff, Lashawn Barefield, February 8, 2007 at 10:00 a.m.

8        Defendants' depositions will be conducted at the offices of Esquire Deposition Services

9   located at 516 W. Shaw Ave. #200, Fresno, CA 93704.

10       Plaintiff's deposition will be conducted at the offices of Lang, Richert & Patch located at

11  5200 N. Palm in Fresno, CA  93704.

12  IT IS SO STIPULATED

13
    Dated: January ___, 2007              LAW OFFICES OF WAUKEEN McCOY
14

15
                                          By: _____
16                                             Waukeen McCoy
                                               Attorney for Plaintiffs
17

18  Dated: January _3_, 2007              LANG, RICHERT & PATCH

19
                                          By: _____
20                                             Kirsten Zumwalt
                                               Attorney for Defendants
21

22
                                          **ORDER**
23
         IT IS HEREBY ORDERED that the depositions in the above matter will be completed
24
    pursuant to the stipulation between all parties.
25

26  Dated: ~~December~~ January _3_, 2007   _____
27                                          Hon. Theresa Goldner
                                            United States Magistrate Judge
28

PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES          CASE NO 05-00633 AWI (TAG)
IN SUPPORT OF PLAINTIF'S MOTION TO AMEND

1

2   IT IS HEREBY STIPULATED by and between the parties that the following depositions will

3   be completed pursuant to the deposition schedule agreed to by all parties:

4   **DEPOSITION SCHEDULE:**

5       Defendant, Jim George, February 7, 2007 at 10:00 a.m.

6       Defendant, Diane Hendrickson, February 7, 2007 at 2:00 p.m.

7       Plaintiff, Lashawn Barefield, February 8, 2007 at 10:00 a.m.

8       Defendants' depositions will be conducted at the offices of Esquire Deposition Services

9   located at 516 W. Shaw Ave. #200, Fresno, CA 93704.

10      Plaintiff's deposition will be conducted at the offices of Lang, Richert & Patch located at

11  5200 N. Palm in Fresno, CA 93704.

12  IT IS SO STIPULATED

13

14  Dated: January 3, 2007                    LAW OFFICES OF WAUKEEN McCOY

15                                            By: _____
16                                               Waukeen McCoy
17                                               Attorney for Plaintiffs

18  Dated: January ___, 2007                  LANG, RICHERT & PATCH

19
20                                            By:_____
21                                               Kirsten Zumwalt
                                                 Attorney for Defendants
22
                            **ORDER**
23
        IT IS HEREBY ORDERED that the depositions in the above matter will be completed
24
    pursuant to the stipulation between all parties.
25
26
    Dated: December ___, 2007                 _____
27                                            Hon. Theresa Goldner
28

                                              CASE NO 05-00633 AWI (TAG)

                              Page 2 of 2