1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LASHAWN BAREFIELD,** | **CASE NO. CV-F-05-00633 AWI/ TAG** |
| **Plaintiff**, | |
| **v.** | **ORDER VACATING HEARING DATE OF DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES, AND TAKING MATTER UNDER SUBMISSION** |
| **THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, BAKERSFIELD, JIM GEORGE, DIANE HENDRICKSON, MARK MURIE, and DOES 1 through 50, inclusive** | |
| **Defendants**. | |

Defendants have noticed for hearing and decision a Motion for Summary Judgement or, in the alternative, Summary Adjudication of Issues.  The matter was scheduled for hearing on June 11, 2007.  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 11, 2007, is VACATED, and the parties shall not appear at that time.  As of June 11, 2007, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:    June 6, 2007**                          _____/s/ Anthony W. Ishii_____
                                                                    UNITED STATES DISTRICT JUDGE