1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LASHAWN BAREFIELD,** )<br><br>**Plaintiff**, )<br><br>    **v.** )<br><br>**THE BOARD OF TRUSTEES OF THE** )<br>**CALIFORNIA STATE UNIVERSITY,** )<br>**BAKERSFIELD, JIM GEORGE,** )<br>**DIANE HENDRICKSON,** )<br>**MARK MURIE, DOES 1 through 50,** )<br>**inclusive** )<br>)<br>    **Defendants**. )<br>_____ ) | **CASE NO. CV-F-05-00633 AWI/ TAG**<br><br>**ORDER VACATING PRETRIAL CONFERENCE DATE AND TRIAL DATE AND SETTING DATE FOR SCHEDULING CONFERENCE** |

    A pretrial conference is scheduled in this action for July 13, 2007 at 8:30 a.m. and a jury trial is scheduled in this action for August 21, 2007 at 9:00 a.m.  Defendants' motion for summary judgment is pending in this action and is currently under submission.

    The Court has determined that it is necessary to reschedule the trial date in this action. Therefore, IT IS HEREBY ORDERED that the previously set pretrial conference date of July 13, 2007 and the trial date of August 21, 2007, are VACATED.  The Court will set a new trial date and pretrial conference date in this matter at a scheduling conference set for July 23, 2007 at 1:30 p.m.

1    IT IS SO ORDERED.

2    **Dated:      June 25, 2007**                    _____/s/ Anthony W. Ishii_____
                                                    UNITED STATES DISTRICT JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          2