**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LASHAWN BAREFIELD,** )<br>)<br>**Plaintiff**, )<br>)<br>**v.** )<br>)<br>**THE BOARD OF TRUSTEES OF THE** )<br>**CALIFORNIA STATE UNIVERSITY,** )<br>**BAKERSFIELD, JIM GEORGE,** )<br>**DIANE HENDRICKSON,** )<br>**MARK MURIE, DOES 1 through 50,** )<br>**inclusive** )<br>)<br>**Defendants**. )<br>_____ ) | **CASE NO. CV-F-05-00633 AWI/ TAG**<br><br>**ORDER TO RESPOND TO DEFENDANTS' OBJECTIONS AND SUPPLEMENTAL OBJECTIONS TO PLAINTIFF'S EVIDENCE** |

     Defendants' motion for summary judgment is pending in this action and is currently

under submission.  After Plaintiff submitted her opposition to Defendants' motion, Defendants

filed objections to Plaintiff's evidence on June 4, 2007.  On June 8, Plaintiff filed several missing

pages to certain exhibits she previously filed as errata.  Defendants filed supplemental objections

to Plaintiff's evidence on June 11.  Plaintiff has not responded to any of Defendants' objections.

     Plaintiff is ordered to respond to Defendants' objections and supplemental objections to

Plaintiff's evidence.  Plaintiff must file her responses by 4 p.m. on July 13, 2007.

     Therefore, IT IS HEREBY ORDERED that Plaintiff respond to Defendants' objections

and supplemental objections to Plaintiff's evidence.  Plaintiff's response must be filed by 4 p.m.

1  on July 13, 2007.

2

3  IT IS SO ORDERED.

4  **Dated:    July 6, 2007**                        _____/s/ Anthony W. Ishii_____
                                                     UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    2