**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LASHAWN BAREFIELD,                      )<br>                                                              )<br>              **Plaintiff**,                          )<br>                                                              )<br>       **v.**                                             )<br>                                                              )<br>**THE BOARD OF TRUSTEES OF THE**  )<br>**CALIFORNIA STATE UNIVERSITY,**    )<br>**BAKERSFIELD, JIM GEORGE,**             )<br>**DIANE HENDRICKSON,**                       )<br>**MARK MURIE, DOES 1 through 50,**    **)**<br>**inclusive**                                           )<br>                                                              )<br>              **Defendants**.                       )<br>_____) | CASE NO. CV-F-05-00633 AWI/<br>TAG<br><br>**SUPPLEMENTAL ORDER TO<br>RESPOND TO DEFENDANTS'<br>OBJECTIONS AND<br>SUPPLEMENTAL<br>OBJECTIONS TO<br>PLAINTIFF'S EVIDENCE** |

      On July 6, 2007, this Court ordered Plaintiff to respond to Defendants' objections *and* supplemental objections to evidence Plaintiff filed in support of her opposition to Defendants' motion for summary judgment. As this Court's order noted, Defendants' objections were filed on June 4 and 11, respectively. Plaintiff filed her timely response on July 13. Plaintiff's response, however, failed to address *any* of Defendants' June 4 objections, in particular Defendants' objections to Exhibits F-EE of the Declaration of Waukeen McCoy. Plaintiff is on notice that failure to reply to any of Defendants' objections will be deemed as Plaintiff's acquiescence to those objections and may result in exclusion of evidence.

      Additionally, this Court is deeply troubled by Plaintiff's counsel's inattention to an order

1  issued by this Court and by counsel's repeated failure to follow the local rules of this district.
2  Plaintiff's counsel is admonished that this Court expects all counsel appearing before it to be
3  familiar with and comply with the local rules of this district.  Plaintiff's counsel is further
4  admonished that this Court expects all counsel to review carefully orders issued by this Court.
5  Failure to do so may be cause for sanctions.  *See* Local Rule 11-110 ("Failure of counsel or of
6  any party to comply with these Rules or with any order of the Court may be grounds for
7  imposition by the Court of any and all sanctions authorized by statute or Rule or within the
8  inherent power of the Court.").

9       Plaintiff is ordered to file a response to *all* of Defendants' objections to Plaintiff's
10 evidence.  Plaintiff must file her responses by 4 p.m. on July 19, 2007.

11      Therefore, IT IS HEREBY ORDERED that Plaintiff respond to all of Defendants'
12 objections and supplemental objections to Plaintiff's evidence.  Plaintiff's response must be filed
13 by 4 p.m. on July 19, 2007.

14

15 IT IS SO ORDERED.

16 **Dated:   July 14, 2007**             /s/ Anthony W. Ishii
                                            UNITED STATES DISTRICT JUDGE
17