UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAWN BAREFIELD,<br><br>    Plaintiff,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, BAKERSFIELD, JIM GEORGE, DIANE HENDRICKSON, MARK MURIE, DOES 1 through 50, inclusive,,<br><br>    Defendants. | CIV-F-05-0633 AWI TAG<br><br>ORDER VACATING HEARING DATE OF OCTOBER 29, 2007 AND TAKING MATTER UNDER SUBMISSION |

    Defendants have made a motion for reconsideration, termed a motion for clarification. Doc. 106.  Plaintiff has filed an opposition and Defendants have filed a reply. Docs. 108 and 109. a hearing on the matter was held October 15, 2007.  A second hearing on the motion was set for October 29, 2007 at 1:30 PM.  The court asked for additional briefing from the parties, which was duly submitted. Docs. 112 and 114.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 29, 2007, is VACATED, and no party shall appear at that time.  As of that date, the court will take

1

1  IT IS SO ORDERED.

2  Dated:   October 25, 2007                    /s/ Anthony W. Ishii
                                              UNITED STATES DISTRICT JUDGE