# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LASHAWN BAREFIELD,** | **CIV-F-05-0633 AWI TAG** |
| Plaintiffs, | **SCHEDULING ORDER** |
| v. | |
| **THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, BAKERSFIELD, JIM GEORGE, DIANE HENDRICKSON, MARK MURIE, DOES 1 through 50, inclusive,,** | |
| Defendants. | |

A scheduling conference was held on December 3, 2007. The trial in this matter is set for April 8, 2008 at 8:30 a.m. The pre-trial conference is scheduled for February 19, 2008 at 1:30 p.m. The trial confirmation and motions in limine hearing is scheduled for March 24, 2008 at 1:30 p.m. All motions in limine must be filed by February 27, 2008 at 4:00 p.m. All oppositions must be filed by March 12, 2008 at 4:00 p.m. All replies must be filed by March 19, 2008 at 4:00 p.m.

IT IS SO ORDERED.

Dated:   December 5, 2007              /s/ Anthony W. Ishii
                                       UNITED STATES DISTRICT JUDGE