IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAWN BAREFIELD, | CIV-F-05-0633 AWI TAG |
| Plaintiff, | |
| | ORDER VACATING TRIAL DATE AND PRE-TRIAL HEARING |
| v. | |
| THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, BAKERSFIELD, JIM GEORGE, DIANE HENDRICKSON, MARK MURIE, DOES 1 through 50, inclusive,, | |
| Defendants. | |

Trial in this action is set for April 8, 2008 and a pre-trial hearing is set for April 3, 2008. On March 29, 2008, Plaintiff filed a notice to the Court that the parties have agreed to settle all remaining claims in this matter and will file a joint motion for dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Accordingly, the Court orders as follows:

1. The hearing currently set in this matter for April 3, 2008 is VACATED;

2. The trial currently set in this matter for April 8, 2008 is VACATED; and

3. The parties shall file a stipulation of dismissal within 45 days.

IT IS SO ORDERED.

Dated:   March 31, 2008                       /s/ Anthony W. Ishii
                                       UNITED STATES DISTRICT JUDGE