**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LASHAWN BAREFIELD,** | **CIV-F-05-0633 AWI TAG** |
| Plaintiff, | **ORDER REGARDING PARTIES' STIPULATION** |
| v. | |
| **THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, BAKERSFIELD, JIM GEORGE, DIANE HENDRICKSON, MARK MURIE, DOES 1 through 50, inclusive,,** | **ORDER DIRECTING CLERK OF COURT TO CLOSE THIS ACTION** |
| Defendants. | |

On June 10, 2008, the parties filed a stipulation for dismissal of this case with prejudice. Although not expressly stated, this stipulation is made pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). The notice is signed by the remaining parties in this case.

Rule 41(a)(1), in relevant part, reads:

an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

1  Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an
2  answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared,
3  although an oral stipulation in open court will also suffice.  <u>Carter v. Beverly Hills Sav. & Loan</u>
4  <u>Asso.</u>, 884 F.2d 1186, 1191 (9th Cir. 1989); <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 (9th Cir.
5  1986).  Once the stipulation between the parties who have appeared is properly filed or made in
6  open court, no order of the court is necessary to effectuate dismissal.  Fed. R. Civ. Pro.
7  41(a)(1)(ii); <u>Eitel</u>, 782 F.2d at 1473 n.4; <u>see also</u>  <u>In re Wolf</u>, 842 F.2d 464, 466 (D.C. Cir. 1989);
8  <u>Gardiner v. A.H. Robins Co.</u>, 747 F.2d 1180, 1189 (8th Cir. 1984).

9       Because a stipulation for dismissal of this case with prejudice has been filed and signed
10 by all parties who have made an appearance, as required by Rule 41(a)(1)(ii), this case has
11 terminated.  <u>See</u> Fed. R. Civ. Pro. 41(a)(1)(ii); <u>In re Wolf</u>, 842 F.2d at 466; <u>Gardiner</u>, 747 F.2d at
12 1189.

13      Therefore, the Clerk of the Court is DIRECTED to close this case in light of the filed and
14 properly signed Rule 41(a)(1)(ii) Stipulation Of Dismissal With Prejudice.

16 IT IS SO ORDERED.

17 **Dated:   June 11, 2008**           /s/ **Anthony W. Ishii**
                                    UNITED STATES DISTRICT JUDGE

2